WESTERN
RECEIVED

MAY 26 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ELRICK J. GALLOW<br>aka ELRICK S. GALLOW | CIVIL ACTION NO. 16-00174 |
| VS. | SECTION P |
| NATE CAIN | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 26th day of May, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE